Case 1:22-cr-00082-DAD-BAM    Document 2    Filed 03/17/22    Page 1 of 2

FILED
MAR 17 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22 CR 00082 DAD BAM |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| JUSTIN DWAYNE RIDDLE | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 17, 2022 charging the above defendant with a violation of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; and 21 U.S.C. § 853(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on this offense; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the

Motion to Seal Indictment     1

issuance and execution of the warrants.

DATED: March 17, 2022    Respectfully submitted,

                            PHILLIP A. TALBERT
                            United States Attorney

                By    /s/ JUSTIN GILIO
                            JUSTIN GILIO
                            Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: March 17, 2022

                          STANLEY A. BOONE
                          U.S. Magistrate Judge