1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

Mar 31, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:22-cr-00082-DAD-BAM
12 |              Plaintiff,          | ORDER TO UNSEAL INDICTMENT
13 |        v.                        |
14 | JUSTIN DWAYNE RIDDLE,            |
15 |              Defendant.          |

16

17    The Indictment in this case was sealed by Order of this Court pursuant to Rule 6(e) of the

18 Federal Rules of Criminal Procedure.

19         IT IS HEREBY ORDERED that the case be unsealed and be made public record.

20

21  DATED:  3/31/22                    _____
                                        
22                                      HON. BARBARA A. MCAULIFFE
                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28