PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-00082-DAD-BAM |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS; ORDER |
| v. | |
| JUSTIN DWAYNE RIDDLE, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal without prejudice of the above-captioned matter.

Dated: May 31, 2022               PHILLIP A. TALBERT
                                  United States Attorney


                                  By: /s/ Justin J. Gilio
                                      JUSTIN J. GILIO
                                      Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated: **June 1, 2022**          _Dale A. Drozd_
                                  UNITED STATES DISTRICT JUDGE

1