IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>JUSTIN DWAYNE RIDDLE,<br><br>               Defendant. | Case №: 1:22-cr-00082-1 DAD<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel or has otherwise satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Daniel Harralson be appointed to represent the above defendant in this case effective *nunc pro tunc* to May 23, 2022.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**June 7, 2022**__　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-