UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN WAYNE RIDDLE,<br><br>Defendant. | No.  1:22-cr-00082-DAD-BAM<br><br>ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT AS COUNSEL OF RECORD AND CLOSING CASE<br><br>(Doc. No. 15) |

Having reviewed the motion and found that previously appointed defense counsel Daniel L. Harralson has completed the services for which he was appointed, the Court hereby grants attorney Harralson's motion to terminate his Criminal Justice Act appointment and withdraw as defense counsel in this matter.  Should defendant Riddle seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for that office is (559)487-5561 (collect) or (858)656-4360 (toll-free).  If appropriate, that office will arrange for the reappointment of counsel to assist defendant.

Accordingly,

1.) The motion to terminate the CJA appointment (Doc. No. 15) is granted;

2.) The Clerk of the Court is directed to serve a copy of this order on defendant Justine Dwayne Riddle at the following address and to update the docket to reflect

1

1 | defendant's pro se status and contact information:

    Justin Dwayne Riddle
    Lerdo Pre Trial Facility
    17695 Industrial Farm Rd.
    Bakersfield, CA   93308

3.) The Clerk of the Court is also directed to close this case.

IT IS SO ORDERED.

Dated: __January 13, 2024__     _____
                                      UNITED STATES DISTRICT JUDGE